# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 10, 2021*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Oberlin Cortez Pena, Jr. | ) Case No. **M-21-1521-M** |
| (YOB: 1999, COB: U.S.A.) | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 25 and July 9, 2021** in the county of **Brooks** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(A) | did knowingly and intentionally attempt to aid and abet possession with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. |
| 18 U.S.C. § 2 | |

This criminal complaint is based on these facts:

SEE "ATTACHMENT A"

☑ Continued on the attached sheet.

Complaint authorized by AUSA Jongwoo Chung
and AUSA John Pearson

Submitted by reliable electronic means
sworn to & attested to telephonically per Fed.R.Cr.P. 4.1
& probable cause found on

Date: 7/10/2021 @1:07pm

City and state: McAllen, Texas

/s/ Brian Yontz
*Complainant's signature*

Brian Yontz, Special Agent
*Printed name and title*

*Judge's signature*

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

I, Brian Yontz, am a Special Agent (SA) with the United States Department of Homeland Security (DHS), Office of Inspector General (OIG), and have knowledge of the following facts:

1. On or about June 14, 2021, DHS-OIG SAs, based on debriefing intelligence, started investigation into a U.S. Border Patrol Agent that possibly accepted money for facilitating alien smuggling through a checkpoint. During the investigation, DHS-OIG SAs identified and developed a cooperator involved in alien smuggling.

2. On June 21, 2021, Oberlin Cortez Pena, Jr. (hereinafter PENA) communicated with the cooperator and agreed to conduct countersurveillance for $500.00 U.S. dollars (USD) and provide pertinent details for an illegal alien (IA) to be smuggled through the U.S. Border Patrol (USBP) Falfurrias (FLF) checkpoint. PENA, a U.S. Border Patrol Agent (BPA), said he would drive ahead on his way to work and communicate which checkpoint lane to smuggle the IA through. PENA provided detailed instruction on when the smuggling had a highest rate of success, and instructions on how to conceal the IA.

3. On June 22, 2021, PENA met the cooperator at La Plaza Mall in McAllen, Texas to discuss smuggling arrangements. The cooperator discussed that he had 5 kilograms of cocaine to smuggle through the USBP FLF checkpoint. PENA agreed to be paid $1,000 USD for conducting countersurveillance. PENA also agreed to check the USBP schedule to see which BPAs would be working on Friday, June 25, 2021, at 6:30 a.m. PENA was willing to transport the 5 kilograms of cocaine if there were rookie agents working at the time. PENA recommended to the cooperator the best places to hide narcotics in a motor vehicle and some tactics to distract the USBP canine work dog (K9). PENA told the cooperator to relay what type of compartment the cocaine would be in and the license plates to the load vehicle so that he may check the plates for any alerts.

4. From June 23-24, 2021, PENA communicated with the cooperator about the smuggling details. The cooperator sent PENA a picture of a Magellan backpack cooler that was going to conceal the 5 kilograms of cocaine. PENA advised to conceal the cocaine inside the walls of the cooler with the insulation. PENA later said that he checked the USBP schedule and that the BPAs working were good. PENA suggested moving the smuggling to Monday, June 28, 2021, because the team (BPAs) sucks and that the BPAs are all rookies. PENA told the cooperator that he didn't want to risk being caught.

5. On June 25, 2021, PENA instructed the cooperator to have the cocaine load vehicle driving behind him. DHS OIG SAs placed the Magellan backpack cooler with approximately 5.9 kilograms of cocaine in the load vehicle and drove north on U.S. Highway 281 toward the USBP FLF checkpoint. PENA advised that he would let the cooperator know which lane to have the cocaine load vehicle drive through around

6:30 a.m., after PENA crossed through the USBP FLF checkpoint. PENA instructed the cooperator to have the cocaine load vehicle drive through the middle lane because there is a rookie BPA there. PENA asked if the cocaine load vehicle made it through the checkpoint and said he would wait at the Pilot store in Falfurrias to report when vehicle passed that location. Shortly thereafter, PENA relayed that the vehicle passed his location north of the checkpoint.

6. Later on, June 25, 2021, PENA met the cooperator at a Whataburger in La Joya, Texas. The cooperator told PENA about the seven packages of cocaine hidden in the cooler, which they smuggled through the USBP FLF checkpoint that morning. The cooperator then paid PENA $1,000.00 USD for his role in the smuggling of the cocaine and mentioned more work in the future.

7. On June 30, 2021, PENA communicated with the cooperator and PENA confirmed an in-person meeting to discuss narcotics smuggling details on July 1, 2021, at 3:00 p.m., at the Academy Sports and Outdoors, located at 3901 W. Exp. 83 in McAllen, Texas.

8. On July 1, 2021, PENA met the cooperator at the Academy Sports and Outdoors, located at 3901 W. Exp. 83 in McAllen, Texas. The cooperator told PENA that there was going to be work (narcotics smuggling) again, and PENA told the cooperator to tell him the day, and the time of the work (narcotics smuggling), and he would check the schedule to see who was scheduled to work the USBP FLF checkpoint. PENA also agreed to check the license plates of the load vehicle for any possible alerts.

9. On July 6, 2021, PENA met the cooperator at the Academy Sports and Outdoors, located at 3901 W. Exp. 83 in McAllen, Texas. PENA said Friday and the same time as before (referring to 6:30 a.m., the June 25, 2021 narcotics smuggling event) would be an ideal time for the smuggling event. PENA agreed to conduct countersurveillance for the 5 kilograms of cocaine for $1,000.00 USD.

10. On July 9, 2021, DHS OIG SAs placed the Magellan backpack cooler with approximately 5.9 kilograms of cocaine in the load vehicle and drove north on U.S. Highway 281 toward the USBP FLF checkpoint. PENA advised that he would let the cooperator know which lane to have the cocaine load vehicle drive through around 6:20 a.m., after PENA crossed through the USBP FLF checkpoint. PENA instructed the cooperator to have the cocaine load vehicle drive through lane 3. PENA then agreed to meet the cooperator at the Pilot store, located at 1419 U.S. Highway 281 in Falfurrias, Texas. The cooperator paid PENA $1,000.00 USD for his role in the facilitating of over 5 kilograms of cocaine through the USBP FLF checkpoint. PENA then drove to the USBP Station in Falfurrias, Texas, to work as a BPA.

11. Shortly thereafter, DHS OIG SAs and CBP OPR SA placed PENA under arrest at the USBP Station in Falfurrias and transported PENA to the DHS OIG office in McAllen, Texas. Post-Miranda, PENA said he had at least 1 firearm in his vehicle and U.S. currency.